# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                )

                               )

John C. Grimberg Company, Inc.     )      ASBCA No. 61033

                               )

Under Contract No. W912DR-08-C-0047   )

APPEARANCES FOR THE APPELLANT:      Arnie B. Mason, Esq.
                                              Melisa A. Roy, Esq.
                                                Williams Mullen PC
                                                  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                              Engineer Chief Trial Attorney
                                              Martin Chu, Esq.
                                                  Engineer Trial Attorney
                                                  U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 180 days of the date of this Order.

Dated: June 12, 2018

                                       CRAIG S. CLARKE
                                       Administrative Judge
                                       Armed Services Board
                                       of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61033, Appeal of John C. Grimberg Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals